**UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT**

_____

No. 01-31343

_____

THE SCHOOL BOARD OF THE PARISH OF ST. CHARLES, on its own behalf & as collecting agent for; THE ST. CHARLES PARISH COUNCIL,

                                    Plaintiffs - Appellants,

versus

QUALA SYSTEMS INC., doing business as Quala Wash,

                                    Defendant - Appellee.

Appeal from the United States District Court
For the Eastern District of Louisiana
No. 00-CV-2894-K

November 11, 2002

Before EMILIO M. GARZA and CLEMENT, Circuit Judges, and HUDSPETH[*], District Judge.

PER CURIAM:[**]

Because the plaintiffs have waived their claim for sales taxes due resulting from the

defendant's sale of gaskets, the judgment of the district court is final and we therefore have appellate

_____

[*] District Judge of the Western District of Texas, sitting by designation.

[**] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

jurisdiction. *See Clark v. Johnson*, 278 F.3d 459, 460 (5th Cir. 2002) ("In general, a district court's order is an appealable final decision if it 'ends the litigation on the merits and leaves nothing for the court to do but execute the judgment.'") (quoting *Coopers & Lybrand v. Livesay*, 437 U.S. 463, 467 (1978)).

We AFFIRM essentially for the reasons given by the district court.